# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

May 22, 2007

**Before**

Hon. William J. Bauer, *Circuit Judge*

Hon. Daniel A. Manion, *Circuit Judge*

Hon. Ilana Diamond Rovner, *Circuit Judge*

No. 06-1535

UNITED STATES OF AMERICA,
      *Plaintiffs-Appellee,*

   *v.*

DEBRA LOGGINS,
      *Defendant-Appellant.*

Appeal from the United States District
Court for the Northern District of
Illinois, Eastern Division.

No.  04 CR 537

Charles R. Norgle, Sr.
*Judge.*

**O R D E R**

The slip opinion issued in the above-entitled case on May 9, 2007 is hereby amended as follows:

Page 7, The first sentence of the first full paragraph, currently reads:

"Here, the evidence lacks this exculpatory significance and the reliability necessary to support a Sixth Amendment."

It should read as follows:

"Here, the evidence lacks this exculpatory significance and the reliability necessary to support a Sixth Amendment violation."